**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ALVAREZ, EFRAIN, SR. § Case No. 14-31600TLD
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/28/2014. The undersigned trustee was appointed on 08/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $          30,666.68

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 101.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 30,565.68 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/13/2016 and the deadline for filing governmental claims was 02/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,816.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,816.67, for a total compensation of $3,816.67[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $297.00 for total expenses of $297.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2017                           By: /s/ Deborah Ebner
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 14-31600TLD | Trustee Name: | (330480) Deborah Ebner |
| Case Name: | ALVAREZ, EFRAIN SR. | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| | | § 341(a) Meeting Date: | 10/15/2014 |
| For Period Ending: | 05/04/2017 | Claims Bar Date: | 09/13/2016 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1* | 7830 W North Ave, Elmwood IL 60707, Condo, Prima (See Footnote) | 25,000.00 | 10,000.00 | | 30,666.68 | FA |
| 2 | 10002 Schiller Blvd, Franklin Park IL, Investmen | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 4 | General items of household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 5 | General items of wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Life Insurance | 100,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2008 Dodge Nitro 95kmiles | 6,000.00 | 0.00 | | 0.00 | FA |
| 7 | Assets Totals (Excluding unknown values) | $381,600.00 | $10,000.00 | | $30,666.68 | $0.00 |

RE PROP# 1   Debtor purchased right title and interest in condominium. Funds received today and case will proceed to closing.

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 14-31600TLD  
**Case Name:** ALVAREZ, EFRAIN SR.

**For Period Ending:** 05/04/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 08/28/2014 (f)  
**§ 341(a) Meeting Date:** 10/15/2014  
**Claims Bar Date:** 09/13/2016

**Major Activities Affecting Case Closing:**

12/9/16 ---- Trustee received notice from a real estate attorney retained by debtor that she was unable to clear the debtor's bankruptcy from title. During conversation Trustee learned that Debtor had accepted an $80,000.00 offer for the sale of Debtor's residential condominium. In light of Trustees efforts obtain cooperation from Debtor for the listing of the property, prior valuation testimony, and other difficulties with asset administration, Trustee suspected fraudulent activity by the Debtor. Trustee's investigation ensued, and ultimately Trustee simply obtained an amendment to the prior sale order. Debtor retained his discharge. Trustee's real estate attorney monitored the transaction from the beginning of this administration and protected the estate's interest.

6/7/16: Debtor tendered a reasonable offer to Trustee for purchase of Trustee's right title and interest in Debtor's homestead.

Debtor owns a condominium free and clear of liens. Trustee is attempting to negotiate sale of right title and interest in same to Debtor.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020  
**Current Projected Date Of Final Report (TFR):** 05/02/2017 (Actual)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31600TLD | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- |
| Case Name: | ALVAREZ, EFRAIN SR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5824 | Account #: | ******1800 Checking |
| For Period Ending: | 05/04/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/2016 | {1} | Efrain Alvarez |  | 1110-000 | 666.68 |  | 666.68 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 656.68 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 646.68 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 636.68 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 626.68 |
| 01/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 616.68 |
| 02/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 606.68 |
| 03/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 596.68 |
| 04/06/2017 | {1} | Chicago Title & Trust | proceeds for sale of right title and interest in home | 1110-000 | 30,000.00 |  | 30,596.68 |
| 04/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 31.00 | 30,565.68 |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

Exhibit B
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-31600TLD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ALVAREZ, EFRAIN SR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5824 | Account #: | ******1800 Checking |
| For Period Ending: | 05/04/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 30,666.68 | 101.00 | $30,565.68 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,666.68 | 101.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,666.68 | $101.00 | |

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)                                                 ! - transaction has not been cleared

## Form 2

**Exhibit B**
Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-31600TLD |
| **Case Name:** | ALVAREZ, EFRAIN SR. |
| **Taxpayer ID #:** | **-***5824 |
| **For Period Ending:** | 05/04/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1800 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1800 Checking | $30,666.68 | $101.00 | $30,565.68 |
| | **$30,666.68** | **$101.00** | **$30,565.68** |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 05/04/2017 9:32 AM                                                                                                  Page: 1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 14-31600TLD ALVAREZ, EFRAIN SR.

**Case Balance:** $30,565.68     **Total Proposed Payment:** $30,565.68     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Charter One NA | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,565.68 |
| | Deborah K. Ebner | Admin Ch. 7 | $7,977.50 | $7,977.50 | $0.00 | $7,977.50 | $7,977.50 | $22,588.18 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | LOIS WEST | Admin Ch. 7 | $1,045.50 | $1,045.50 | $0.00 | $1,045.50 | $1,045.50 | $21,542.68 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $3,816.67 | $3,816.67 | $0.00 | $3,816.67 | $3,816.67 | $17,726.01 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $297.00 | $297.00 | $0.00 | $297.00 | $297.00 | $17,429.01 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Clerk of the United States Bankruptcy Court | Admin Ch. 7 | $176.00 | $176.00 | $0.00 | $176.00 | $176.00 | $17,253.01 |
| | <2700-00 Clerk of the Court Fees> | | | | | | | |
| | 1ST FINL INVSTMENT FUN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
| | ATG CREDIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
| | CAP ONE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
| | CITI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
| | CMRE FINANCIAL SERVICES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |

Printed: 05/04/2017 9:32 AM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 14-31600TLD ALVAREZ, EFRAIN SR.**

**Case Balance:** $30,565.68          **Total Proposed Payment:** $30,565.68          **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | CMRE FINANCIAL SERVICES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | CREDIT ONE BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | Chase-BP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | Citizens Bank & Trust | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | Comenity Bank/Carson | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | PORTFOLIO RECVRY & AFFIL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | RBS Citizens NA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | STANISLAUS CREDIT CO | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | Von Maur | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
|  | WFFNATBANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,253.01 |
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Unsecured | $34,930.77 | $34,930.77 | $0.00 | $34,930.77 | $13,601.46 | $3,651.55 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | Unsecured | $706.94 | $706.94 | $0.00 | $706.94 | $275.27 | $3,376.28 |

Printed: 05/04/2017 9:32 AM                                           Page: 3

# Exhibit C

## Claims Proposed Distribution Register

### Case: 14-31600TLD ALVAREZ, EFRAIN SR.

**Case Balance:** $30,565.68  **Total Proposed Payment:** $30,565.68  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | Unsecured | $1,067.50 | $1,067.50 | $0.00 | $1,067.50 | $415.67 | $2,960.61 |
| 4 | Wells Fargo Bank, N.A. | Unsecured | $1,422.84 | $1,422.84 | $0.00 | $1,422.84 | $554.03 | $2,406.58 |
| 5 | Von Maur | Unsecured | $565.72 | $565.72 | $0.00 | $565.72 | $220.28 | $2,186.30 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | Unsecured | $573.75 | $573.75 | $0.00 | $573.75 | $223.41 | $1,962.89 |
| 7 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (SAM'S CLUB) | Unsecured | $5,041.03 | $5,041.03 | $0.00 | $5,041.03 | $1,962.89 | $0.00 |
| | **Total for Case:** | **14-31600TLD** | $57,621.22 | $57,621.22 | $0.00 | $57,621.22 | $30,565.68 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-31600TLD
Case Name: EFRAIN ALVAREZ
Trustee Name: Deborah Ebner

**Balance on hand:**  $                30,565.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $       30,565.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 3,816.67 | 0.00 | 3,816.67 |
| Trustee, Expenses - Deborah Ebner | 297.00 | 0.00 | 297.00 |
| Attorney for Trustee Fees - Deborah K. Ebner | 7,977.50 | 0.00 | 7,977.50 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |
| Accountant for Trustee Fees (Other Firm) - LOIS WEST | 1,045.50 | 0.00 | 1,045.50 |

Total to be paid for chapter 7 administrative expenses:  $       13,312.67
Remaining balance:  $       17,253.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $       17,253.01

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 17,253.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,308.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 34,930.77 | 0.00 | 13,601.46 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 706.94 | 0.00 | 275.27 |
| 3 | Capital One Bank (USA), N.A. | 1,067.50 | 0.00 | 415.67 |
| 4 | Wells Fargo Bank, N.A. | 1,422.84 | 0.00 | 554.03 |
| 5 | Von Maur | 565.72 | 0.00 | 220.28 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 573.75 | 0.00 | 223.41 |
| 7 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (SAM'S CLUB) | 5,041.03 | 0.00 | 1,962.89 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 17,253.01 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**