**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:14-BK-31600-TLD |
| | § | |
| EFRAIN ALVAREZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $350,000.00 | Assets Exempt: | $21,600.00 |
| Total Distributions to Claimants: | $17,429.01 | Claims Discharged Without Payment: | $26,879.54 |
| Total Expenses of Administration: | $13,237.67 | | |

3) Total gross receipts of $30,666.68 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,666.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,237.67 | $13,237.67 | $13,237.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $44,308.55 | $44,308.55 | $17,253.01 |
| **Total Disbursements** | $0.00 | $57,722.22 | $57,722.22 | $30,666.68 |

4). This case was originally filed under chapter 7 on 08/28/2014.  The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2017              By:   /s/ Deborah K. Ebner
                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 7830 W North Ave, Elmwood IL 60707, Condo, Prima | 1110-000 | $30,666.68 |
| **TOTAL GROSS RECEIPTS** | | $30,666.68 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah Ebner, Trustee | 2100-000 | NA | $3,816.67 | $3,816.67 | $3,816.67 |
| Deborah Ebner, Trustee | 2200-000 | NA | $297.00 | $297.00 | $297.00 |
| Rabobank, N.A. | 2600-000 | NA | $101.00 | $101.00 | $101.00 |
| Deborah K. Ebner, Attorney for Trustee | 3110-000 | NA | $7,977.50 | $7,977.50 | $7,977.50 |
| LOIS WEST, Accountant for Trustee | 3410-000 | NA | $1,045.50 | $1,045.50 | $1,045.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,237.67 | $13,237.67 | $13,237.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | $0.00 | $34,930.77 | $34,930.77 | $13,601.46 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Citibank, N.A. Resurgent Capital Services | | | | | |
| 2 | Quantum3 Group LLC as agent forComenity Bank | 7100-000 | $0.00 | $706.94 | $706.94 | $275.27 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $1,067.50 | $1,067.50 | $415.67 |
| 4 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $1,422.84 | $1,422.84 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 4; Wells Fargo Bank, N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $554.03 |
| 5 | Von Maur | 7100-000 | $0.00 | $565.72 | $565.72 | $220.28 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 7100-000 | $0.00 | $573.75 | $573.75 | $223.41 |
| 7 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (SAM'S CLUB) | 7100-000 | $0.00 | $5,041.03 | $5,041.03 | $1,962.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $44,308.55 | $44,308.55 | $17,253.01 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| For the Period Ending: | 12/22/2017 | §341(a) Meeting Date: | 10/15/2014 |
| | | Claims Bar Date: | 09/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 7830 W North Ave, Elmwood IL 60707, Condo, Prima | $25,000.00 | $10,000.00 | | $30,666.68 | FA |
| Asset Notes: | Orig. Description: 7830 W North Ave, Elmwood IL 60707, Condo, Primary Residence; | | | | | |
| 2 | 10002 Schiller Blvd, Franklin Park IL, Investmen | $250,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: 10002 Schiller Blvd, Franklin Park IL, Investment Property; Charter One NA 870 Westminster St Providence, RI 02903 - Amount: 257633.00 | | | | | |
| 3 | Cash on Hand | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: Cash on Hand; | | | | | |
| 4 | General items of household goods and furnishings | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: General items of household goods and furnishings; | | | | | |
| 5 | General items of wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: General items of wearing apparel; | | | | | |
| 6 | Life Insurance | $100,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: Life Insurance; | | | | | |
| 7 | 2008 Dodge Nitro 95kmiles | $6,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: 2008 Dodge Nitro 95kmiles; | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$381,600.00     $10,000.00     $30,666.68     $0.00

**Major Activities affecting case closing:**

Case 14-31600 Doc 52 Filed 01/17/18 Entered 01/17/18 16:10:48 Desc Main
Document Page 6 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 14-31600-DLT | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | | | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| For the Period Ending: | 12/22/2017 | | | §341(a) Meeting Date: | 10/15/2014 |
| | | | | Claims Bar Date: | 09/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled and<br>Unscheduled (u) Property) | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property**<br>**Abandoned**<br>OA =§ 554(a) abandon. | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

5/11/17 - TFR filed

12/9/16 ---- Trustee received notice from a real estate attorney retained by debtor that she was unable to clear the debtor's bankruptcy from title. During conversation Trustee learned that Debtor had accepted an $80,000.00 offer for the sale of Debtor's residential condominium. In light of Trustees efforts obtain cooperation from Debtor for the listing of the property, prior valuation testimony, and other difficulties with asset administration, Trustee suspected fraudulent activity by the Debtor. Trustee's investigation ensued, and ultimately Trustee simply obtained an amendment to the prior sale order. Debtor retained his discharge. Trustee's real estate attorney monitored the transaction from the beginning of this administration and protected the estate's interest.

6/7/16: Debtor tendered a reasonable offer to Trustee for purchase of Trustee's right title and interest in Debtor's homestead.

Debtor owns a condominium free and clear of liens. Trustee is attempting to negotiate sale of right title and interest in same to Debtor.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | /s/ DEBORAH K. EBNER |
|---|---|---|---|---|
| | | | | DEBORAH K. EBNER |

**FORM 2** Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5824 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Alvarez, Efrain |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2017 | 3001 | CLERK, U.S. BANKRUPTCY COURT | Turnover of non negotiated Funds - Wells Fargo | 7100-001 | | $554.03 | ($554.03) |
| 12/13/2017 | | Rabobank | Wire between Rabobank and Green Bank; Fed Reference #: 20171211L2B77Y1C000149  Sender Bank: RABOBANK BMS  ABA #:122237159  Receiving Bank: GREEN BK HOUSTON  ABA #:113024164  * * *  Originator Name: Deborah K Ebner **********0480 11 East Adams Street SUITE 904 Chicago, IL 60603-  Beneficiary Name: DEBORAH K EBNER **********1598 | 9999-000 | $554.03 | | $0.00 |

**SUBTOTALS**   $554.03   $554.03

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5824 | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Alvarez, Efrain |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $554.03 | $554.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $554.03 | $0.00 | |
| | | | Subtotal | | $0.00 | $554.03 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $554.03 | |

**For the period of 8/28/2014 to 12/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $554.03 |
| | |
| Total Compensable Disbursements: | $554.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $554.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/11/2017 to 12/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $554.03 |
| | |
| Total Compensable Disbursements: | $554.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $554.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5824 | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/01/2016 | (1) | Efrain Alvarez | | 1110-000 | $666.68 | | $666.68 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $656.68 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $646.68 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $636.68 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $626.68 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $616.68 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $606.68 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $596.68 |
| 04/06/2017 | (1) | Chicago Title & Trust | proceeds for sale of right title and interest in home | 1110-000 | $30,000.00 | | $30,596.68 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $31.00 | $30,565.68 |
| 06/07/2017 | 101 | LOIS WEST | Distribution payment - Dividend paid at 100.00% of $1,045.50; Claim # ADMIN; Filed: $1,045.50 | 3410-000 | | $1,045.50 | $29,520.18 |
| 06/07/2017 | 102 | Deborah K. Ebner | Distribution payment - Dividend paid at 100.00% of $7,977.50; Claim # ADMIN; Filed: $7,977.50 | 3110-000 | | $7,977.50 | $21,542.68 |
| 06/07/2017 | 103 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $3,816.67; Claim # FEE; Filed: $3,816.67 | 2100-000 | | $3,816.67 | $17,726.01 |
| 06/07/2017 | 104 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $297.00; Claim # TE; Filed: $297.00 | 2200-000 | | $297.00 | $17,429.01 |
| 06/07/2017 | 105 | Clerk of the United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $176.00; Claim # ; Filed: $176.00 | 2700-000 | | $176.00 | $17,253.01 |
| 06/07/2017 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital | Distribution payment - Dividend paid at 38.94% of $34,930.77; Claim # 1; Filed: $34,930.77 | 7100-000 | | $13,601.46 | $3,651.55 |
| 06/07/2017 | 107 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 38.94% of $706.94; Claim # 2; Filed: $706.94 | 7100-000 | | $275.27 | $3,376.28 |
| 06/07/2017 | 108 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 38.94% of $1,067.50; Claim # 3; Filed: $1,067.50 | 7100-000 | | $415.67 | $2,960.61 |
| 06/07/2017 | 109 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 38.94% of $1,422.84; Claim # 4; Filed: $1,422.84 | 7100-003 | | ($554.03) | $3,514.64 |
| | | | **SUBTOTALS** | | **$30,666.68** | **$27,152.04** | |

FORM 2 Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5824 | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2017 | 109 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 38.94% of $1,422.84; Claim # 4; Filed: $1,422.84 | 7100-003 | | $554.03 | $2,960.61 |
| 06/07/2017 | 110 | Von Maur | Distribution payment - Dividend paid at 38.94% of $565.72; Claim # 5; Filed: $565.72 | 7100-000 | | $220.28 | $2,740.33 |
| 06/07/2017 | 111 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital | Distribution payment - Dividend paid at 38.94% of $573.75; Claim # 6; Filed: $573.75 | 7100-000 | | $223.41 | $2,516.92 |
| 06/07/2017 | 112 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK | Distribution payment - Dividend paid at 38.94% of $5,041.03; Claim # 7; Filed: $5,041.03 | 7100-000 | | $1,962.89 | $554.03 |
| 09/11/2017 | 113 | Wells Fargo Bank, N.A. | Reissue un negotiated check and personal delivery to creditor | 7100-000 | | $554.03 | $0.00 |
| 12/13/2017 | | Green Bank | Wire between Rabobank and Green Bank | 9999-000 | | $554.03 | ($554.03) |
| 12/13/2017 | 113 | STOP PAYMENT: Wells Fargo Bank, N.A. | Reissue un negotiated check and personal delivery to creditor | 7100-004 | | ($554.03) | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $30,666.68 | $30,666.68 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $554.03 | |
| Subtotal | $30,666.68 | $30,112.65 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $30,666.68 | $30,112.65 | |

| For the period of 8/28/2014 to 12/22/2017 | | For the entire history of the account between 09/01/2016 to 12/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,666.68 | Total Compensable Receipts: | $30,666.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,666.68 | Total Comp/Non Comp Receipts: | $30,666.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,112.65 | Total Compensable Disbursements: | $30,112.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,112.65 | Total Comp/Non Comp Disbursements: | $30,112.65 |
| Total Internal/Transfer Disbursements: | $554.03 | Total Internal/Transfer Disbursements: | $554.03 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5                Exhibit 9

| Case No. | 14-31600-DLT | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EFRAIN ALVAREZ | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5824 | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $30,666.68 | $30,666.68 | $0.00 |

For the period of 8/28/2014 to 12/22/2017

| | |
|---|---|
| Total Compensable Receipts: | $30,666.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,666.68 |
| Total Internal/Transfer Receipts: | $554.03 |
| | |
| Total Compensable Disbursements: | $30,666.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,666.68 |
| Total Internal/Transfer Disbursements: | $554.03 |

For the entire history of the case between 08/28/2014 to 12/22/2017

| | |
|---|---|
| Total Compensable Receipts: | $30,666.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,666.68 |
| Total Internal/Transfer Receipts: | $554.03 |
| | |
| Total Compensable Disbursements: | $30,666.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,666.68 |
| Total Internal/Transfer Disbursements: | $554.03 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER